# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>JOSE MARIA-UVALLE (1)<br>JEFER RODRIGUEZ-ROSALES (2)<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:19-MJ-<br>) **3-19MJ634-BT**<br>)<br>)<br>) |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 18 2019
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   May 16, 2019 - July 18, 2019   in the county of   Dallas   in the
  Northern   District of   Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841 (a)(1) and (b)(1)(A) | Possession with intent to distribute and the distribution of 500 grams or more of a substance and mixture containing a detectable amount of methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
See attached Affidavit of SA Joseph Peres.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joseph Peres, SA, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 18, 2019

_____
*Judge's signature*

City and state:   Dallas, Texas                    REBECCA RUTHERFORD, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joseph Peres, after being duly sworn, depose and say as follows:

### I. Introduction

1. My name is Joseph Peres, and I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct criminal investigations and to make arrests for federal felony offenses. I am a Special Agent with the Drug Enforcement Administration of the United States Department of Justice, and have been so employed since February 2010. I am currently assigned to the Dallas Field Division Office. In that capacity, I investigate violations of the Controlled Substances Act (Title 21, United States Code, Section 801, et seq.). I have conducted complex investigations, and participated in numerous arrests and search warrants. I have written affidavits in support of court authorized federal warrants and orders for search warrants, GPS tracking of telephones and vehicles, pen registers, and T-III wire intercepts. I have conducted interviews of drug traffickers, which has provided me with a greater understanding of the methods by which drug trafficking organizations operate. I am familiar with common methods of investigating drug trafficking and manufacturing organizations, and have become familiar with the methods of operation, including, but not limited to their methods of importing, exporting, storing, concealing, and packaging drugs and drug proceeds; their methods of transferring and distributing drugs; their use of cellular telephones and telephone; their use of numerical codes, code words, and counter surveillance;

and other methods of avoiding detection by law enforcement. Through my training and experience, I can identify illegal drugs by sight, odor, and texture.

## II. Background

2. I have probable cause to believe that (1) **Jose Maria-Uvalle, aka Jose Maria-Uvalte, aka Juan Manuel Hernandez-Mendoza (hereinafter Maria-Uvalle)**, and (2) **Jefer Rodriguez-Rosales (hereinafter Rodriguez-Rosales)** have violated 21 U.S.C. § 846, that is, conspiracy to possess with the intent to distribute controlled substances, specifically methamphetamine.

3. My knowledge of the facts alleged in this affidavit arise from my personal participation and observations in this investigation, my interviews of informants, and my review of reports prepared by investigators of the DEA Dallas Field Division and other participating law enforcement officers. Since this affidavit is limited to establishing probable cause, I have not included every fact known to me and other investigators. Rather, I am only submitting the facts necessary to establish probable cause that co-conspirators discussed herein conspired to distribute and possess with the intent to distribute methamphetamine and/or heroin.

## III. Probable Cause

4. In May 2019, DEA Dallas HIDTA III Agents began investigating a Dallas-area methamphetamine trafficking organization. On May 16, 2019, a DEA

Affidavit - 2

Confidential Source (CS1) communicated with **Maria-Uvalle** to arrange the controlled purchase of one kilogram of methamphetamine, at Agents' direction.

5. On May 17, 2019, CS1 conducted recorded telephonic communications with **Maria-Uvalle** and **Rodriguez-Rosales**.

6. Rodriguez-Uvalle was identified through this investigation as **Maria-Uvalle's** runner, to finalize the details of the controlled buy.

7. A controlled buy was conducted between CS1 and **Maria-Uvalle** and **Rodriguez-Rosales** later that day.

8. Following that controlled buy, Agents obtained court-authorized search warrants to obtain GPS data concerning **Maria-Uvalle's** and **Rodriguez-Rosales'** telephones used to facilitate the controlled buy.

9. As a result, Agents identified **Maria-Uvalle's** primary residence as 1448 Celeste Drive, Dallas, Texas and **Rodriguez-Rosales'** primary residence as 9514 Olde Towne Row, Dallas, Texas.

10. CS1 is assisting DEA for sentencing considerations regarding an outstanding indictment in the Northern District of Texas. Over the past 21 months, CS1's cooperation has led to the seizure of several kilograms of heroin, more than 100 kilograms of methamphetamine, several kilograms of heroin and cocaine, as well as U.S. Currency, and the indictment and arrest of more than 25 federal defendants. CS1 has been deemed reliable and credible.

Affidavit - 3

11. On June 14, 2019, CS1 arranged for another controlled buy of one kilogram of methamphetamine from **Maria-Uvalle**. **Maria-Uvalle** directed CS1 to a parking lot at 1515 S. Buckner Boulevard, Dallas, Texas to conduct the transaction. At approximately 11:30 a.m., surveillance was established at 1448 Celeste Drive, Dallas, Texas and 1515 S. Buckner Boulevard, Dallas. GPS data for **Maria-Uvalle** indicated he was present at the Celeste Drive residence at that time. Agents had also observed **Rodriquez-Rosales** arrive at 1448 Celeste Drive, Dallas, Texas earlier in the day.

12. Agents searched the CS1 and CS1's vehicle for drugs, money, weapons, or any other contraband and none were located. CS1 was provided $4,500 of Official Authorized Funds (OAF) in order to purchase the one kilogram of methamphetamine. Agents also equipped CS1 with audio recording/transmitting equipment. Agents then followed CS1 to the agreed upon meet location. Upon arrival, CS1 contacted **Maria-Uvalle**, to which he confirmed he would arrive in approximately ten minutes.

13. At 12:26 p.m., surveillance at 1448 Celeste Drive observed **Rodriguez-Rosales** exit the residence carrying a plastic bag and depart in their Toyota Corolla (TX: 37705A8). Surveillance followed **Rodriguez-Rosales** to the O'Reilly Auto Part store, which was located across the street from 1515 S. Buckner Boulevard, at 1536 South Buckner Boulevard, Dallas, Texas. CS1 was subsequently contacted and directed to the O'Reilly Auto Part store to conduct the transaction. Agents maintained

Affidavit - 4

surveillance of CS1 and **Rodriguez-Rosales** and at 12:33 p.m., **Rodriguez-Rosales** parked next to CS1's vehicle. **Rodriguez-Rosales** got out of the Toyota Corolla and entered CS1's vehicle.

14. At 12:34 p.m., **Rodriguez-Rosales** exited CS1's vehicle, returned to the Toyota Corolla, and departed the parking lot. Agents followed CS1 from the location and met CS1 at a predetermined, secure location.

15. Once there, Agents took custody of a tan plastic grocery bag, weighing approximately 1,052 grams gross weight, containing suspected crystal methamphetamine. Agents field tested the substance, which tested positive for the presence of methamphetamine. CS1 and CS1's vehicle were searched for drugs, money, weapons, or any other contraband, none of which were located. CS1 stated **Rodriguez-Rosales** provided CS1 with the methamphetamine in exchange for the $4,500 OAF as arranged and negotiated with **Maria-Uvalle**.

16. On June 12, 2019, United States District Judge David C. Godbey for the Northern District of Texas issued an order authorizing interception of wire and electronic communications over telephone 972-595-7506, used by **Maria-Uvalle**. As a result of the court-authorized intercepts, Agents verified **Maria-Uvalle** as a methamphetamine re-distributor and dispatcher, **Rodriguez-Rosales** as **Maria-Uvalle's** runner delivering and picking up contraband at his request, and identified co-conspirators involved in the distribution of narcotics and locations used in furtherance

of their illicit activities. Agents identified a source of supply providing **Maria-Uvalle** and **Rodriguez-Rosales** methamphetamine. Agents further identified the residence at 2215 Volga Avenue, Dallas, Texas as a residence used by the sources of supply to process and store methamphetamine.

17. On July 15, 2019, United States Magistrate Judge Rebecca Rutherford issued search warrants for 1448 Celeste Drive, Dallas, Texas, 9514 Olde Towne Row, Dallas, Texas, and 2215 Volga Avenue, Dallas, Texas. On July 16, 2019, Agents executed the search warrant at 2215 Volga Avenue, Dallas, Texas. Inside the residence, Agents located a clandestine methamphetamine recrystallization laboratory resulting in the seizure of over 100 kilograms of methamphetamine in various stages of the recrystallization process.

18. On July 18, 2019, Agents executed the search warrants at 1448 Celeste Drive, Dallas, Texas and 9514 Olde Towne Row, Dallas, Texas. Inside 1448 Celeste Drive, Agents located and arrested **Maria-Uvalle** in the master bedroom. Also located and seized from the master bedroom were four assault rifles, rifle magazines, an undetermined amount of ammunition, and an undetermined amount of U.S. Currency. Elsewhere in the residence, Agents located a digital scale, packaging material containing methamphetamine residue, and several items typically used in a methamphetamine recrystallization laboratory.

Affidavit - 6

19. At 9514 Olde Towne Row, Dallas, Texas, Agents located and arrested **Rodriguez-Rosales** in an upstairs bedroom. Also located and seized in the bedroom was a pistol-grip shotgun.

20. Agents were subsequently informed that **Maria-Uvalle** (Mexico citizen) and **Rodriguez-Rosales** (Honduras citizen) were illegal aliens with several prior deportations.

### IV. Conclusion

Based upon the information contained in this affidavit, I believe that there is probable cause to believe that **Jose Maria-Uvalle** and **Jefer Rodriguez-Rosales** have violated 21 U.S.C. §§ 841 (a)(1) and (b)(1)(A), that is, possession with intent to distribute and the distribution of 500 grams or more of a substance and mixture containing a detectable amount of methamphetamine, a Schedule II controlled substance.

Joseph Peres
Special Agent
Drug Enforcement Administration

Sworn to before me on July 18, 2019.

REBECCA RUTHERFORD
United States Magistrate Judge
Northern District of Texas

Affidavit - 7