AO 442 (Rev. 11/11) Arrest Warrant

SEALED

# UNITED STATES DISTRICT COURT
для
Northern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:19-MJ- |
| JOSE MARIA-UVALLE (1) | ) | 3-19MJ634-BT |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Jose Maria-Uvalle,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841 (a)(1) and (b)(1)(A)     Possession with intent to distribute and the distribution of 500 grams or more of a substance and mixture containing a detectable amount of methamphetamine, a Schedule II controlled substance.

Date: July 18, 2019

Issuing officer's signature

City and state:  Dallas, Texas     REBECCA RUTHERFORD, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on *(date)* 7/18/19, and the person was arrested on *(date)* 7/18/19
at *(city and state)* Dallas Texas (75217).

Date: 7/18/19

Arresting officer's signature

TFO Hunter Palmer
Printed name and title

DEA     10127014

AO 442 (Rev. 11/11) Arrest Warrant

SEALED

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| JEFER RODRIGUEZ-ROSALES (2) | ) Case No. 3:19-MJ- |
|  | ) **3-19MJ634-BT** |
|  | ) |
| _____ | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jefer Rodriguez-Rosales
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841 (a)(1) and (b)(1)(A)   Possession with intent to distribute and the distribution of 500 grams or more of a substance and mixture containing a detectable amount of methamphetamine, a Schedule II controlled substance.

Date: July 18, 2019

Issuing officer's signature

City and state:   Dallas, Texas   REBECCA RUTHERFORD, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/16/19, and the person was arrested on *(date)* 7/18/19
at *(city and state)* Dallas Texas (75217).

Date: 7/19/19

Arresting officer's signature

TFO Hunter Palmer
*Printed name and title*

DEA                                                                                          10934843