```
 1                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE NORTHERN DISTRICT OF TEXAS
 2                             DALLAS DIVISION

 3    UNITED STATES OF AMERICA,    )    Case No. 3:19-cr-00371-L-2
                                   )
 4            Plaintiff,           )    Dallas, Texas
                                   )    October 15, 2020
 5    v.                           )    11:00 a.m.
                                   )
 6    JOSE MARIA UVALLE,           )    MOTION TO WITHDRAW AS
                                   )    ATTORNEY FOR DEFENDANT [75]
 7            Defendant.           )
                                   )    Exclusive of Under Seal Ex
 8    _____  )    Parte Excerpt 11:11-11:24 a.m.

 9                      TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE REBECCA RUTHERFORD,
10                 UNITED STATES MAGISTRATE JUDGE.

11    APPEARANCES:

12    For the Government:          Nicole Dana
                                   UNITED STATES ATTORNEY'S OFFICE
13                                 1100 Commerce Street, Suite 300
                                   Dallas, TX  75242-1074
14                                 (214) 659-8600

15    For the Defendant:           Robert Jackson Herrington
                                   HERRINGTON LAW OFFICE
16                                 P.O. Box 262234
                                   Plano, TX  75026
17                                 (214) 557-0577

18    Court Interpreter:           Alfonso Aguilar

19    Recorded by:                 Lavenia Price
                                   UNITED STATES DISTRICT COURT
20                                 1100 Commerce Street, Room 1452
                                   Dallas, TX  75242-1003
21                                 (214) 753-2168

22    Transcribed by:              Kathy Rehling
                                   311 Paradise Cove
23                                 Shady Shores, TX  76208
                                   (972) 786-3063
24

25         Proceedings recorded by electronic sound recording;
              transcript produced by transcription service.
```

| | |
|---|---|
| 1 | DALLAS, TEXAS - OCTOBER 15, 2020 - 11:01 A.M. |
| 2 | MR. HERRINGTON:  Good morning. |
| 3 | THE COURT:  All right.  This is Case 3:19-cr-371-L, |
| 4 | United States of America versus Jose Uvalle.  May I have |
| 5 | appearances by the attorneys, please? |
| 6 | MS. DANA:  Good morning, Your Honor.  Nicole Dana for |
| 7 | the Government. |
| 8 | THE COURT:  Good morning. |
| 9 | MR. HERRINGTON:  Rob -- good morning.  Rob Herrington |
| 10 | for the Defendant. |
| 11 | THE COURT:  Good morning.  Does your client require |
| 12 | the services of a Spanish-language interpreter? |
| 13 | MR. HERRINGTON:  He does, Your Honor. |
| 14 | THE COURT:  All right.  I'm going to put our |
| 15 | interpreter under oath.  We have one here in court today. |
| 16 | Thank you for being here. |
| 17 | MR. AGUILAR:  Thank you. |
| 18 | (The Interpreter is sworn.) |
| 19 | THE COURT:  Thank you. |
| 20 | All right.  Mr. Herrington, I have a motion that was filed |
| 21 | in which you represent that your client is dissatisfied with |
| 22 | your representation and wants to be -- to have you withdrawn. |
| 23 | Is that correct? |
| 24 | MR. HERRINGTON:  I couldn't understand everything |
| 25 | Your Honor was saying.  He didn't -- he didn't ask -- |

1          THE COURT:  Are we getting some feedback?  I feel

2    like I'm hearing something.

3          MR. HERRINGTON:  Maybe a little.

4          THE COURT:  Are you hearing a weird echo?

5          MR. HERRINGTON:  Maybe a little.

6          MS. DANA:  Yes.

7          THE COURT:  We're going to figure out if we can make

8    sure our technology is working.  I have -- there's some sort

9    of weird --

10       (Pause.)

11         THE COURT:  Are we hooked up to the VTC somehow?

12   It's not coming through that TV, is it?

13       (Pause.)

14         THE COURT:  Okay.  I think it's coming -- it's

15   through the microphones.

16         MR. HERRINGTON:  Your Honor, I seem to be

17   understanding you perfectly now.

18         THE COURT:  Now that we're talking about nothing?  It

19   is distracting, though.  So if you'll give us just another

20   minute, I want to figure it out, especially since we're having

21   to have these proceedings interpreted.

22       (Pause, 11:04 a.m. to 11:08 a.m.)

23         THE COURT:  Maybe because that microphone was off.

24   Do you hear that?

25       (Pause.)

1          THE COURT:  Oh, that is the FTR?

2      (Pause, 11:08 a.m. to 11:09 a.m.)

3          THE COURT:  Okay.  We'll try again.  That seems

4  better.  I don't hear the echo anymore.

5      (Discussion.)

6          THE COURT:  Okay.  Well, that would make sense why we

7  were getting it through the microphones at the counsel table,

8  too.  Okay.  All right.  I think we're ready.  It sounds

9  better to me.

10     For purposes of making a clean record, I'm just going to

11  start over and call the case United States of America versus

12  Jose Maria Uvalle, Case 3:19-cr-371-L.  May I have

13  appearances, please?

14         MS. DANA:  Good morning, Your Honor.  Nicole Dana for

15  the Government.

16         THE COURT:  Thank you.

17         MR. HERRINGTON:  Good morning, Your Honor.  Rob

18  Herrington for the Defendant.

19         THE COURT:  Thank you.  The record will reflect that

20  the Defendant is present and that he is being assisted by a

21  Spanish-language interpreter that has been put under oath.

22     The Court has before it a motion to withdraw that Judge

23  Lindsay referred.  I understand that the motion was prompted

24  by a letter that Judge Lindsay received from the Defendant or

25  someone working with the Defendant in the facility where he is

1  currently being held.  But for the record, I want to confirm

2  that both parties understand the Defendant's sentencing is set

3  for December 18, 2020.

4         MS. DANA:  Yes, Your Honor.

5         MR. HERRINGTON:  Both parties, and then -- I didn't

6  -- both parties did what?

7         THE COURT:  Agree that the sentencing is set for

8  December 18th.

9         MR. HERRINGTON:  Yes, Your Honor.

10        THE COURT:  All right.  And the presentence report

11 has been completed?

12        MR. HERRINGTON:  It has.

13        THE COURT:  All right.  Have you filed any objections

14 to that report?

15        MR. HERRINGTON:  I have, Your Honor.

16        THE COURT:  Okay.  Thank you.

17    In a moment, I want to visit with you and Mr. Uvalle, but

18 is there anything that the Government needs to put on the

19 record?  All right.  Then I'll ask you to please step out so

20 that we can have a conversation that will not endanger the

21 Defendant waiving any privilege.

22        MS. DANA:  Just that the Government takes no position

23 on the motion, Your Honor.

24        THE COURT:  Thank you very much.

25        MS. DANA:  I'll step out.

1    (Government's attorney departs courtroom at 11:11 a.m.

2  Under seal ex parte proceedings conducted from 11:11 a.m. to

3  11:24 a.m., upon the conclusion of which Government's attorney

4  returns to courtroom.)

5        MS. DANA:  Yes, Your Honor.

6        THE COURT:  Thank you.  I heard *in camera* from

7  defense counsel and the Defendant.  And based on what I heard,

8  I do find that there is good cause to grant the motion.  So

9  Mr. Herrington will be allowed to withdraw and substitute

10 counsel will be appointed.  Thank you for being present this

11 morning.

12        MS. DANA:  Thank you, Your Honor.

13        THE COURT:  We are adjourned.  Counsel are excused.

14 Thank you, Mr. Herrington.

15        MR. HERRINGTON:  Am I excused, then?

16        THE COURT:  Yes.  Thank you.

17        MR. HERRINGTON:  Thank you very much.  Good morning.

18    (Proceedings concluded at 11:25 a.m.)

19                      --oOo--

20                    CERTIFICATE

21    I certify that the foregoing is a correct transcript from
22  the electronic sound recording of the proceedings in the
    above-entitled matter.

23  **/s/ Kathy Rehling**                        03/09/2022

24  _____     _____

25  Kathy Rehling, CETD-444                        Date
    Certified Electronic Court Transcriber

7

                                   INDEX

PROCEEDINGS                                                          2

WITNESSES

-none-

EXHIBITS

-none-

RULINGS

END OF PROCEEDINGS                                                  6

INDEX                                                              7